UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GERALD M. BROWN JR.
VS.                                          CA. 1:12-cv-00873-S-LDA
RHODE ISLAND ATTORNEY GENERAL

OBJECTION TO MAGISTRATE LINCOLN ALMOND'S REPORT AND RECOMMENDATION TO DISMISS.

   Now comes the plaintiff, Gerald M. Brown Jr., to object to the magistrates' report and recommendation, To dismiss his claim to prove his innocence and his rights violation by the State of Rhode Island Attorney General. I understand that Mr. Almond feels that he should protect this state And its backward laws but, this is not the proper time. The plaintiff has already completed his dept. that the State of Rhode Island Placed upon him and is still claiming that he is innocent of the crime and to have Mr. Almond Nonchalantly tell the plaintiff that because he is no longer incarcerated that he no longer has the right to try to clear himself in the federal court than that is just wrong he is condoning the wrong done to The plaintiff as if he himself was responsible for the injustice and will help to cover it Up.

   This is the only way I know of to push this issue as I am not an attorney and never claimed to be. I am only looking for justice, for the wrongs committed against me and continuing to be done against me by The Rhode Island Attorney General. I have no access to a Law Library at this time and believe it or not Am learning to just now navigate the WWW. In this day and age. As there is no such thing in the Rhode Island Department of Corrections.

   Wherefore, the plaintiff asks the court to look at this case anew and help the unemployed, broke Vet to get the justice that he deserves in the unlawful conviction and sentence that he already served Because of the injustices of the Rhode Island Attorney Generals and there practice of law.

Respectfully Submitted,

*[signature]*

Gerald M. Brown Jr.
1 Wingate Rd.
Riverside, R.I. 02915

CERTIFICATION

I certify that one true copy of this motion was sent by First Class U.S. Mail to; the Office of the RI Attorney General at 150 South Main St. Providence, RI 02903 on this the 15th day of January 2013.

Gerald M. Brown Jr.