UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| GERALD M. BROWN, JR., <br><br> Petitioner, <br><br> v. <br><br> RHODE ISLAND ATTORNEY GENERAL, <br><br> Respondent. | C.A. No. 12-873 S |

## ORDER

On January 4, 2013, Magistrate Judge Lincoln D. Almond issued a Report and Recommendation (ECF No. 5) recommending that this Court deny Petitioner Gerald M. Brown, Jr.'s Motion for Leave to Proceed in forma pauperis and dismiss Brown's Habeas Corpus Petition. In support of his recommendation, Judge Almond stated: (1) that Brown is no longer in state custody and (2) that Brown's petition constitutes an improper successive habeas application. Brown objected to Judge Almond's Report and Recommendation (ECF No. 6) but failed to address either of the two legal grounds upon which Judge Almond relied. Accordingly, this Court now accepts Judge Almond's Report and Recommendation. Petitioner's Motion for Leave to Proceed in forma pauperis (ECF No. 2) is DENIED, and his Habeas Corpus Petition (ECF No. 1) is DISMISSED.

IT IS SO ORDERED.

_/s/ WES_
William E. Smith
United States District Judge
Date: 2/1/13